**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ELLIS DAWKINS, #L2475**                                                          **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 4:09-cv-47-TSL-LRA**

**WARDEN DALE CASKEY AND
BART GRIMES**                                                                   **DEFENDANTS**

<u>ORDER</u>

Upon consideration of the conditions of confinement complaint filed pursuant to 42

U.S.C. § 1983 by the Plaintiff in the above entitled action, and having liberally construed said

complaint, the Court concludes that additional information is needed from the Plaintiff.

Accordingly, it is therefore,

ORDERED:

1. That on or before June 29, 2009, Plaintiff shall file a written response to:

(a) specifically state if Plaintiff has made any complaints to Defendants Caskey or
Grimes regarding the allegations included in his complaint, if so, specifically state the
nature of such complaints, written or verbal, and the response given by the Defendants;

(b) specifically state how Defendant Warden Dale Caskey violated Plaintiff's
constitutional rights;

(c) specifically state how Defendant Bart Grimes violated Plaintiff's constitutional rights;

(d) specifically state if Plaintiff is naming any other Defendants in this action;

(e) specifically state the full name and complete street address for each newly named
Defendant; and

(f) specifically state how each newly named Defendant violated Plaintiff's constitutional
rights.

**2. That failure to advise this Court of a change of address or failure to timely**

**comply with any order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and will result in this cause being dismissed and without further notice to Plaintiff.**

3.  That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at her last known address.

THIS the ___10th___ day of June, 2009.


 s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE